UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Patty Scillieri, individually and on behalf of all others similarly situated;

   Plaintiff,

   v.           CASE NO.: 2:18-cv-3792

N.A.R. Inc.,

David E. Gray Attorney at Law, LLC

and John Does 1-25,  Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 8, 2019

| For Plaintiff Patty Scillieri | For Defendant David E. Gray Attorney at Law, LLC |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | /s/ Bruce D. Nimensky<br>Bruce D. Nimensky<br>Gray Law Group<br>760 Route 10 West suite 204<br>Whippany, NJ 07981<br>Ph: (973) 240-7313<br>bnimensky@graylawgroupnj.com |

So Ordered this 9th day of May 2019

Susan D. Wigenton, U.S.D.J.

1